```
THORNTON DAVIDSON   #166487
DAVIDSON & HAWKINS
2055 San Joaquin Street
Fresno, California 93721
Telephone:  (559) 256-9800
Facsimile:  (559) 256-9791
```

Attorney for Plaintiff, AMBER JOHNSON MORPHIS

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

* * * * *          *E-FILED - 6/6/07*

| | |
|---|---|
| AMBER JOHNSON MORPHIS | CASE No.: **5:07-cv-01501-RMW** |
| Plaintiff, | **REQUEST FOR DISMISSAL [~~PROPOSED~~] ORDER** |
| vs. | |
| LoanCity, Inc.; Rick Soukoulis; Blackberry Capital, Inc.; E*TRADE Group, Inc.; InterWest Partners; Marsh & McLennan Capital, Inc.; BankAmerica, Inc. | |
| Defendants. | |

Plaintiff, Amber Johnson Morphis, hereby requests dismissal of this action without prejudice and that all currently docketed dates on the court's calendar be removed.

No defendant has been served in this action.

///

///

Dated: April 17, 2007

_____
THORNTON DAVIDSON
Attorney for Plaintiff,
AMBER JOHNSON MORPHIS

[~~PROPOSED~~] ORDER

IT SO ORDERED.

DATED: 6/6/07

*Ronald M. Whyte*
_____
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

REQUEST FOR DISMISSAL [~~PROPOSED~~] ORDER    2
5:07-cv-01501-RMW